525 P.2d 888

**NEW JERSEY ZINC COMPANY,**
**Petitioner,**

v.

**Nestor PROVENCIO, Respondent.**

**No. 10070.**

Supreme Court of New Mexico.

July 18, 1974.

Further ordered that the record in Court of Appeals, 86 N.M. 538, 525 P.2d 898, be and the same is hereby returned to the Clerk of the Court of Appeals.

525 P.2d 888

**Robert E. TUCKER, Petitioner,**

v.

**STATE of New Mexico, Respondent.**

**No. 10098.**

Supreme Court of New Mexico.

July 25, 1974.

Further ordered that the record in Court of Appeals, 86 N.M. 553, 525 P.2d 913, be and the same is hereby returned to the Clerk of the Court of Appeals.

525 P.2d 888

**Victor Marcelino MATA, Petitioner,**

v.

**STATE of New Mexico, Respondent.**

**No. 10106.**

Supreme Court of New Mexico.

Aug. 14, 1974.

Further ordered that the record in Court of Appeals Cause No. 1323, 86 N.M. 548, 525 P.2d 908, be and the same is hereby returned to the Clerk of the Court of Appeals.

525 P.2d 888

**Larry SILVA et al., Petitioners,**

v.

**STATE of New Mexico, Respondent.**

**No. 10120.**

Supreme Court of New Mexico.

Aug. 16, 1974.

Further ordered that the record in Court of Appeals Cause No. 1181, 86 N.M. 543, 525 P.2d 903, be and the same is hereby returned to the Clerk of the Court of Appeals.